**Jack GURRY and Lula Mae Bankston, Divorced Wife of Edward Phillip Gurry.**

No. 49136.

April 11, 1968.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment as to the applicant.

■

208 So.2d 533

**Isa Phene JENNINGS et al.**

v.

**Robert F. WALKER et al.**

No. 49140.

April 11, 1968.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

GLADNEY, J., takes no part.

■

208 So.2d 533

**Mrs. Carol Kammer FROMHERZ and Fabian C. Fromherz**

v.

**Victor BRUNO.**

No. 49145.

April 11, 1968.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in the judgment complained of.